

**Entered on Docket
March 09, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Signed and Filed: March 9, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 19-31024 HLB |
| RICHARD TOM, | ) Chapter 7 |
|       Debtor. | ) |
| MARK NG, LORAINE WONG, and KENDALL NG, | ) Adv. Proc. No. 19-03065 HLB |
|       Plaintiffs, | ) |
| v. | ) |
| RICHARD TOM, | ) |
|       Defendant. | ) |

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS

On January 29, 2020, Defendant Richard Tom filed a motion to dismiss[1] the complaint[2] filed by Plaintiffs Mark Ng, Loraine Wong, and Kendall Ng pursuant. The Plaintiffs have opposed the Motion;[3] Mr. Tom has replied.[4] On March 4, the court entered a Tentative Ruling[5] on the Motion by which the court indicated that

---

[1] Dkt. 6 (the "Motion").

[2] Dkt. 1.

[3] Dkt. 9.

[4] Dkt. 10.

[5] Dkt. 13.

-1-

it was inclined to grant in part and deny in part Mr. Tom's request for judicial notice and to deny the Motion. Both Mr. Tom and the Plaintiffs have advised the court that they accept the Tentative Ruling. Accordingly, the court **ORDERS** as follows:

(1) Mr. Tom's request for judicial notice is **GRANTED** as to Exhibits 2, 5 and 9, and is **DENIED** as to Exhibits 1, 3, 4, 6, 7, and 8.

(2) The Motion is **DENIED**.

(3) The April 9, 2020 hearing on the Motion is **VACATED**.

(4) In accordance with the Tentative Ruling, the scheduling conference is **CONTINUED** from April 9, 2020 to **May 21, 2020 at 2:00 p.m.** and the following deadlines shall apply:

　　a. On or before **April 9, 2020**, Mr. Tom shall file and serve an Answer to the Complaint, which shall comply with Bankruptcy Rule[6] 7012(b) and B.L.R. 7012-1;

　　b. On or before **April 23, 2020** the parties shall conduct the discovery conference required by Bankruptcy Rule 7026/Civil Rule 26(f)(1);

　　c. On or before **May 7, 2020**, the parties shall exchange initial disclosures required by Bankruptcy Rule 7026/Civil Rule 26(a) and file and serve a discovery plan required by Bankruptcy Rule 7026/Civil Rule 26(f)(3); and

---

[6] Unless otherwise noted, all references to a "Bankruptcy Rule" shall refer to the Federal Rules of Bankruptcy Procedure and all references to a "Civil Rule" shall refer the Federal Rules of Civil Procedure.

d. On or before **May 7, 2020**, Plaintiffs shall file and
      serve a statement indicating whether they consent to
      entry of a final judgment by this court, given that
      Plaintiffs' complaint did not comply with Bankruptcy
      Rule 7008 or B.L.R. 7008-1.

**\*\*END OF ORDER\*\***

## Court Service List

[None]