MATTHEW D. METZGER (SBN 240437)
mmetzger@belvederelegal.com
**BELVEDERE LEGAL, PC**
1777 Borel Place, Suite 314
San Mateo, CA 94402
Telephone: (415) 513-5980
Facsimile:  (415) 513-5985

Attorney for Defendant Richard Tom

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** <br><br> **RICHARD TOM, a/k/a Rich Tom** <br><br> Debtor. <br><br> **SSN:  XXX-XX-8585** | Case No. 19-31024 HLB <br><br> Chapter 7 <br><br> A.P. No.  19-03065 |
| **LORAINE WONG, KENDALL NG and MARK NG** <br><br> Plaintiffs. <br> vs. <br><br> **RICHARD TOM,** <br><br> Defendant | **THIRD STIPULATION TO EXTEND FACT DISCOVERY DEADLINES** <br><br> **Place:**  Telephonic/ Videoconference <br> Courtroom 19 <br> 450 Golden Gate Avenue <br> 16th Floor <br> San Francisco, CA <br> **Judge:** Hon. Hannah L. Blumenstiel |

A.P. CASE No. 19-03065 / *Wong et al v. Tom*

THIRD STIPULATION TO EXTEND FACT DISCOVERY DEADLINES

This stipulation is entered into by and between Defendant RICHARD TOM ("Defendant"), by and through counsel, on one hand, and LORAINE WONG, KENDALL NG, and MARK NG ("Plaintiffs") by and through counsel, on the other (collectively "the Parties").

# **RECITALS**

A. On September 21, 2021, the Court entered its *Order Approving Amended Stipulation to Extend Discovery Deadlines* (dkt. 31), setting, *inter alia*, discovery deadlines as follows:

| | |
|---|---|
| **DATE AND TIME OF TRIAL:** | **TBD** |
| **TIME RESERVED FOR TRIAL:** | **TBD** |
| **FACT DISCOVERY DEADLINE:** | **December 1, 2021** |
| **DISPOSITIVE MOTION DEADLINE:** | **February 3, 2022** |
| **EXPERT DISCLOSURES:** | **February 3, 2022** |
| **REBUTTAL EXPERT DISCLOSURES:** | **March 7, 2022** |
| **EXPERT DISCOVERY DEADLINE:** | **April 4, 2022** |
| **PRE-TRIAL CONFERENCE:** | **April 21, 2022; 2:00 p.m.** |
| **OTHER PROVISIONS:** | **The parties shall complete some form of alternative dispute resolution no later than February 3, 2022.** |

B. The Parties hereby agree, for good cause demonstrated, to extend the fact discovery by 30 days, to December 31, 2021.

C. The Parties do not seek at this time to amend any other deadline previously ordered by the Court.

NOW THEREFORE, in light of the foregoing, the Parties agree and stipulate as follows:

/ / /

/ / /

/ / /

# **STIPULATION**

1. The September 21, 2021 Order Approving Amended Stipulation to Extend Discovery Deadlines is hereby AMENDED as follows:

| | |
|---|---|
| **DATE AND TIME OF TRIAL:** | **TBD** |
| **TIME RESERVED FOR TRIAL:** | **TBD** |
| **FACT DISCOVERY DEADLINE:** | **December 31, 2021** |
| **DISPOSITIVE MOTION DEADLINE:** | **February 3, 2022** |
| **EXPERT DISCLOSURES:** | **February 3, 2022** |
| **REBUTTAL EXPERT DISCLOSURES:** | **March 7, 2022** |
| **EXPERT DISCOVERY DEADLINE:** | **April 4, 2022** |
| **PRE-TRIAL CONFERENCE:** | **April 21, 2022; 2:00 p.m.** |
| **OTHER PROVISIONS:** | **The parties shall complete some form of alternative dispute resolution no later than February 3, 2022.** |

**IT IS SO STIPULATED.**


Dated: November 11, 2021                                **BELVEDERE LEGAL, PC**

                                                By:     /s/ Matthew D. Metzger
                                                        Matthew D. Metzger
                                                        Attorney for Defendant Richard Tom


Dated: November 11, 2021                                **DIEMER & WEI, LLP**



                                                        /s/ Kathryn S. Diemer
                                                        Kathryn S. Diemer
                                                        Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, Matthew D. Metzger, the undersigned, hereby declare:

I am the attorney for RICHARD TOM, defendant in the above-captioned Adversary Proceeding No. 19-03065 HLB, with offices at Belvedere Legal, PC, 1777 Borel Place, Suite 314, San Mateo, CA 94402.

On November 11, 2021 I caused to be served true copies of **THIRD STIPULATION TO EXTEND FACT DISCOVERY DEADLINES** on the following individuals and entities that have consented to receive service via email, as follows:

| Name | Email Address |
| --- | --- |
| Russell Robinson | rlaw345@gmail.com |
| Kathryn S. Diemer | kdiemer@diemerwhitman.com |
| Susan B. Luce | sluce@diemerwei.com |
| Paul Johnson | pjohnson@diemerwei.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 11, 2021 at San Mateo, California.

/s/ *Matthew D. Metzger*
Matthew D. Metzger