DIEMER & WEI, LLP
Kathryn S. Diemer, SBN 133977
Susan B. Luce, SBN 120843
55 South Market St., Ste. 1420
San Jose, CA 95113
408-971-6270
kdiemer@diemerwei.com

Attorneys for Loraine Wong,
Kendall Ng and Mark Ng

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**RICHARD TOM, a/k/a Rich Tom**<br><br>      Debtor.<br><br>**SSN: XXX-XX-8585** | Case No. 19-31024 HLB<br><br>Chapter 7<br><br>**A.P. No. 19-03065** |
| **LORAINE WONG, KENDALL NG and MARK NG**<br><br>      Plaintiffs.<br>vs.<br><br>**RICHARD TOM,**<br><br>      Defendant | <u>**STIPULATION TO EXTEND DEADLINES**</u><br><br>**Place:** Telephonic/ Videoconference<br>        Courtroom 19<br>        450 Golden Gate Avenue<br>        16th Floor<br>        San Francisco, CA<br>**Judge:** Hon. Hannah L. Blumenstiel |

This stipulation is entered into by and between Defendant RICHARD TOM ("Defendant"), by and through counsel, on one hand, and LORAINE WONG, KENDALL NG, and MARK NG ("Plaintiffs") by and through counsel, on the other (collectively "the Parties").

## **RECITALS**

A. On November 12, 2020, the Court entered its Scheduling Order (**Dkt. No. 23**), setting, *inter alia*, discovery deadlines as follows:

| | |
|---|---|
| **DATE AND TIME OF TRIAL:** | TBD |
| **TIME RESERVED FOR TRIAL:** | TBD |
| **FACT DISCOVERY DEADLINE:** | July 2, 2021 |
| **DISPOSITIVE MOTION DEADLINE:** | 60 DAYS AFTER FACT DISCOVERY DEADLINE$_2$ |
| **EXPERT DISCLOSURES:** | 60 DAYS AFTER FACT DISCOVERY DEADLINE |
| **REBUTTAL EXPERT DISCLOSURES:** | 90 DAYS AFTER FACT DISCOVERY DEADLINE |
| **EXPERT DISCOVERY DEADLINE:** | 120 DAYS AFTER FACT DISCOVERY DEADLINE |
| **PRE-TRIAL CONFERENCE:** | November 4, 2021; 2:00 p.m. |
| **OTHER PROVISIONS:** | The parties shall complete some form of alternative dispute resolution no later than October 29, 2021. |

B. The Court Amended that Schedule on July 2, 2021, following a stipulation by the parties, as set forth below:

**2.** The Nov. 12 Scheduling Order is hereby **AMENDED** as follows:

**a.** Fact Discovery Deadline: **October 1, 2021**;

**b.** Dispositive Motion Deadline: **December 3, 2021**;

**c.** Expert Disclosure Deadline: **December 3, 2021**;

**d.** Rebuttal Expert Disclosure Deadline: **January 7, 2022**;

**e.** Expert Discovery Deadline: **February 4, 2022**;

**f.** Pre-Trial Conference: **February 17, 2022 at 2:00 p.m.**

**Other Provisions**: The parties shall complete some form of alternative dispute

resolution no later than **December 3, 2021**.

**3.** All other provisions of the Nov. 12 Scheduling Order shall remain in full force and effect.

C. The Court further AMENDED the scheduling order on September 21, 2021 as follows: The Nov. 12 Scheduling Order, AMENDED on July 2, 2021, is hereby AMENDED as follows:

a. Fact Discovery Deadline: December 1, 2021;

b. Dispositive Motion Deadline: February 3, 2022;

c. Expert Disclosure Deadline: February 3, 2022;

d. Rebuttal Expert Disclosure Deadline: March 7, 2022;

e. Expert Discovery Deadline: April 4, 2022;

f. Pre-Trial Conference: April 21, 2022 at 2:00 p.m.

Other Provisions: The parties shall complete some form of alternative dispute resolution no later than February 3, 2022.

D. The Parties have both propounded written discovery in this matter.

E. The Parties extended the fact discovery stipulation to January 1, 2022.

F. The Parties wrote to the Court regarding a discovery dispute on December 30 and December 31, 2021 regarding the depositions of third parties Green Oasis, L.P. and Pacific Golden Asia LLC, that Plaintiffs allege are related to and under the control of Defendant. Plaintiffs requested extension of the discovery deadline in order to take those depositions.

G. On January 4, 2022, the Court entered an order on that discovery dispute and continued the fact discovery deadline as follows: "The Fact Discovery Deadline is hereby EXTENDED through March 18, 2022. In all other respects, the court's November 2020 Scheduling Order (as amended by the parties' various stipulations) remains in full force and effect." Docket Number 36.

H. On February 3, 2022, the Parties stipulated via e-mail to move the depositions of the person most knowledgeable of Green Oasis, L.P. and Pacific Golden Asia from Feb. 7 and Feb. 9 to

Feb. 16 and Feb. 17, due to continued health complications of the Person Most Knowledgeable of Green Oasis, L.P. and Pacific Golden Asia LLC, and to allow her additional time to locate documents. The Parties at the same time stipulated to extend fact discovery by an additional two weeks from March 18, 2022 to April 1, 2022

     I.    This case involves alleged fraudulent transfers by the Defendant of his interest in Green Oasis, LP. Plaintiffs allege that Defendant transferred a 32% interest in Green Oasis, LP. In order to prove damages related to the alleged fraudulent transfer, Plaintiffs will have to retain and disclose an expert on the value of the transfer of the 32%. Since the depositions of Green Oasis and Pacific Golden Asia involve the assets and value of Green Oasis Limited Partnership, Plaintiffs will need to provide that discovered information to their expert.

     J.    The expert discovery deadline is currently February 3, 2022, and the depositions of Green Oasis and Pacific Golden Asia were previously set for February 7, 2022 and February 9, 2022, and have just recently been continued to February 16 and February 17, 2022 to accommodate the deponent's health condition resulting from recovery from COVID. Therefore, good cause exists to continue the expert disclosure and related to deadlines in order to allow Plaintiffs to provide their expert with the documents and information from those depositions, and allow time for their expert to analyze that information.

     K.    Plaintiffs reserve the right to seek further continuances of the discovery deadlines if Green Oasis, LP is uncooperative in its deposition or in the production of documents.

     L.    Based on the above good cause, and pending the Court's approval and availability, the Parties agree to continue pre-trial and trial dates and deadlines as follows, or as soon thereafter as the Court deems reasonable.

     M.    In light of the foregoing, good cause exits for a brief continuance of trial, discovery, and related deadlines.

NOW THEREFORE, in light of the foregoing, the Parties agree and stipulate as follows:

# **STIPULATION**

1. The Nov. 12 Scheduling Order, AMENDED on July 2, 2021, further AMENDED on September 21, 2021, is hereby AMENDED as follows:

   a. Fact Discovery Deadline: April 1, 2022;

   b. Dispositive Motion Deadline: April 28, 2022;

   c. Expert Disclosure Deadline: April 28, 2022;

   d. Rebuttal Expert Disclosure Deadline: May 30, 2022;

   e. Expert Discovery Deadline: June 27, 2022;

   f. Pre-Trial Conference: July 14, 2022 at 2:00 p.m.

   Other Provisions: The parties shall complete some form of alternative dispute resolution no later than April 28, 2022.

3. All other provisions of the Nov. 12 Scheduling Order shall remain in full force and effect.

**IT IS SO STIPULATED.**

Dated: Feb. 3, 2022                              **BELVEDERE LEGAL, PC**

                                                              By:      /s/ Matthew D. Metzger
                                                                        Matthew D. Metzger
                                                                        Attorney for Defendant Richard Tom

Dated: Feb. 3, 2022                              **DIEMER & WEI, LLP**

                                                                         /s/ Kathryn S. Diemer
                                                                        Kathryn S. Diemer
                                                                        Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, Paul Johnson, the undersigned, hereby declare:

I am the attorney for Loraine Wong, Kendall Ng and Mark Ng, Plaintiffs in the above-captioned Adversary Proceeding No. 19-03065 HLB, with offices at 55 S. Market Street, Suite 1420, San Jose, CA 95113.

On Feb. 3, 2022, I caused to be served true copies of **STIPULATION TO EXTEND DEADLINES** on the following individuals and entities that receive notice pursuant to the Bankruptcy Court's CM/ECF electronic noticing system:

| Name | Email Address |
|---|---|
| Matthew Metzger | mmetzger@belvederelegal.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Feb. 3, 2022 at San Jose, California.

/s/ *Paul Johnson*
Paul Johnson

A.P. CASE No. 19-03065 / *Wong et al v. Tom*
STIPULATION TO EXTEND DEADLINEs