

Signed and Filed: March 31, 2022



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>RICHARD TOM,<br>　　　　Debtor.<br>_____<br>MARK NG, KENDALL NG, and LORAINE WONG,<br>　　　　Plaintiff,<br>v.<br>RICHARD TOM,<br>　　　　Defendant.<br>_____ | Case No. 19-31024 HLB<br><br>Chapter 7<br><br><br>Adv. Proc. No. 19-3065 HLB |

**SECOND ORDER REGARDING DISCOVERY DISPUTE**

This proceeding came before the court on March 31, 2022 for a hearing set pursuant to the court's Order Setting Hearing, issued March 21, 2022.[1]  The hearing pertained to a discovery dispute described in correspondence submitted on March 18, 2022 by counsel for Plaintiffs Mark Ng, Kendall Ng, and Loraine Wong, pursuant to Paragraph D of the court's Practices & Procedures. Consistent with the March 21 Order, respondents Green Oasis Limited Partnership ("GOLP") and Pacific Golden Asia LLC ("PGA")

---

[1] Dkt. 69 (the "March 21 Order").

submitted a joint response on March 24, 2022.[2] Also consistent with the March 21 Order, Defendant Richard Tom submitted a response on March 25, 2022.[3] Appearances were as noted on the record.

Plaintiffs requested that the court order counsel for GOLP and PGA to instruct Ms. Kenesha Fudge, who had been designated as a witness by GOLP and PGA pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure[4] and identified by Defendant Richard Tom as Trustee for the Moon Revocable Trust ("Moon"), to make herself available for service of a deposition subpoena as Trustee of Moon. In the alternative, Plaintiffs ask the court to order Ms. Fudge to appear for a deposition in her capacity as Trustee of Moon.

In the response submitted by counsel for GOLP and PGA, counsel represented that he would accept service of a subpoena on behalf of Ms. Fudge. At the March 31 hearing, Plaintiffs' counsel confirmed that counsel for GOLP and PGA has accepted service of such a subpoena and further confirmed that this discovery dispute is now resolved.

Accordingly, the court **ORDERS** as follows:

1. The court hereby **DENIES AS MOOT** Plaintiffs request for an order requiring Ms. Fudge to make herself available for

---

[2] Dkt. 71.

[3] Dkt. 72.

[4] Rule 30 of the Federal Rules of Civil Procedure applies in its entirety in this adversary proceeding pursuant to Rule 7030 of the Federal Rules of Bankruptcy Procedure.

service of a deposition subpoena in her capacity as Trustee for Moon.

**2.** Ms. Fudge shall appear for such deposition on a date on or before **May 31, 2022** that she and Plaintiffs shall negotiate in good faith.

**3.** The fact discovery deadline set forth in the court's order of February 8, 2022[5] is hereby **EXTENDED** through **May 31, 2022** for the purpose of completing the deposition required by this order.

**\*\*END OF ORDER\*\***

---

[5] Dkt. 44.

## Court Service List

[None]