# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 4/25/2022 |
| Case: 19–03065 | Form ID: pdfeoapc | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty      Kathryn S. Diemer      kdiemer@diemerwei.com
aty      Susan B. Luce      sluce@diemerwei.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Justin Tom      2710 Melendy Dr. #8      San Carlos, CA 94070
     Qiu Yue ("Winnie") Jiang      361 Maynard St.      San Francisco, CA 94112

TOTAL: 2