Entered on Docket
June 06, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: June 6, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 19-31024 HLB |
| RICHARD TOM, | Chapter 7 |
|     Debtor. | |
| MARK NG, KENDALL NG, and LORAINE WONG, | Adv. Proc. No. 19-3065 HLB |
|     Plaintiffs, | |
| v. | |
| RICHARD TOM, | |
|     Defendant. | |

### ORDER STRIKING NOTICE OF SUBSTITUTION

On May 24, 2022, attorney Jeffrey B. Neustadt substituted into this proceeding as counsel for Defendant Richard Tom.[1] Just a week later, on June 2, 2022, Mr. Neustadt purported to remove himself as Mr. Tom's counsel by filing another notice of substitution.[2]

B.L.R. 1001-2 renders Civil L.R. 11-5 applicable in bankruptcy cases and adversary proceedings pending in this court.

---

[1] Dkt. 97.

[2] Dkt. 100 (the "June 2 Notice of Substitution").

Civil L.R. 11-5(a) states: "Counsel may not withdraw from an action until relieved by order of the court after written notice has been provided, reasonably in advance, to the client and to all other parties who have appeared in the case." The June 2 Notice of Substitution violates Civil L.R. 11-5(a).

Accordingly, the court **ORDERS** as follows:

**1.** The June 2 Notice of Substitution is hereby **STRICKEN**.

**2.** Attorney Jeffrey B. Neustadt shall remain Mr. Tom's counsel of record in this action unless and until this court enters an order permitting his withdrawal.

**\*\*END OF ORDER\*\***

## Court Service List

Richard Tom
536 Green Street, #2
San Francisco, CA 94133

Jeffrey B. Neustadt
L/O of Jeffrey B. Neustadt
345 Grove Street, 1st Floor
San Francisco, CA 94102