UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
**Richard Tom,**

               **Debtor(s).** /

Mark Ng, Loraine Wong, Kendall Ng,
    Plaintiffs

v.

Richard Tom,
    Defendant
                              /

Case No. 19-31024
Chapter: 7

Adversary Proceeding No.: 19-3065

## CERTIFICATE OF MAILING

The undersigned deputy clerk of the United States Bankruptcy Court for the Northern District of California hereby certifies that a copy of the attached document was mailed to all parties listed below as required by the Bankruptcy Code and Rules of Bankruptcy Procedure.

Date: June 6, 2022                             Dan Sondheim
                                                                            Deputy Clerk

        Jeffrey B. Neustadt
        Law Offices of Jeffrey Neustadt
        345 Grove St., 1st Fl.
        San Francisco, CA 94102

Signed and Filed: June 6, 2022



_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>RICHARD TOM,<br>      Debtor. | Case No. 19-31024 HLB<br>Chapter 7 |
| MARK NG, KENDALL NG, and LORAINE WONG,<br>      Plaintiffs,<br>v.<br>RICHARD TOM,<br>      Defendant. | Adv. Proc. No. 19-3065 HLB |

**SIXTH ORDER REGARDING DISCOVERY DISPUTE**

On or about May 20, 2022, the court received correspondence from counsel for Plaintiffs Mark Ng, Kendall Ng, and Loraine Wong, requesting the court's assistance with yet another discovery dispute in accordance with Paragraph D of the court's Practices & Procedures. Plaintiffs complained that they have been unable to complete the deposition of third party Kenesha Fudge, as Trustee of the Moon Irrevocable Trust; that Ms. Fudge has failed to produce documents called for by Plaintiffs' subpoena; and that Ms. Fudge reneged on her agreement to appear for a continued deposition. Plaintiffs asked the court to order

Ms. Fudge to appear for a continued deposition and to produce all documents within her custody or control responsive to Plaintiffs' subpoena. Specifically, Plaintiffs asked the court to order Ms. Fudge to produce all communications between her and Defendant Richard Tom, Louis Hop Lee, Justin Tom, Garrett Tom, Ryland Tom, and Winnie Jiang.

After reviewing Plaintiffs' counsel's May 20 Letter, the court communicated with all relevant parties via email and set a deadline of 12:00 p.m. on June 6, 2022 as that by which Ms. Fudge or any other interested party should respond to Plaintiffs' counsel's May 20 Letter. The court has not received any responses, and therefore deems Ms. Fudge, Mr. Tom, and any other interested party unopposed to the relief sought by Plaintiffs.

Accordingly, the court **ORDERS** as follows:

**1.** The court hereby **ORDERS** Ms. Kenesha Fudge to appear in her capacity as Trustee for the Moon Irrevocable Trust for a continued deposition. Such continued deposition shall take place on a mutually agreeable date no later than June 30, 2022 and shall convene via Zoom.

**2.** No later than **June 17, 2022**, Ms. Fudge shall produce to Plaintiffs' counsel any and all communications in her possession or control between Ms. Fudge and Richard Tom, Louis Hop Lee, Justin Tom, Garrett Tom, Ryland Tom, and Winnie Jiang. The term "communications" shall have the meaning ascribed to it in Plaintiffs' subpoena.

**3.** No later than **June 17, 2022**, Ms. Fudge shall produce to Plaintiffs' counsel any and all documents in her possession or control that are responsive to Plaintiffs' subpoena.

Case: 19-03065   Doc# 104   Filed: 06/06/22   Entered: 06/06/22 16:11:44   Page 3 of 5

4.   Failure to timely comply with this order may result in the imposition of sanctions.

**\*\*END OF ORDER\*\***

## Court Service List

Richard Tom
536 Green Street, #2
San Francisco, CA 94133

Richard Tom
rtom536@yahoo.com

Kenesha Fudge
greenoasis532@gmail.com

Jeffrey B. Neustadt
L/O of Jeffrey Neustadt
345 Grove Street, 1st Floor
San Francisco, CA 94102

Charlie W. Yu
cyu@essentiallawgroup.com