Jeffrey B Neustadt, SBN 057889
Law Offices of Jeffrey B Neustadt
345 Grove St. 1st floor
San Francisco, CA 94102
Telephone: 415-434-4440 | Fax: 415-962-4221
jbneustadtlaw@gmail.com

Attorney for Defendant Richard Tom
(Seeking Leave to Withdraw)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK NG, LORAINE WONG AND KENDALL NG**, an individual;<br><br>　　　　Plaintiff<br>vs.<br><br>**RICHARD TOM**<br><br>　　　　Defendant | Case No. 19-31024 HLB<br><br>Chapter 7<br><br>**A.P. No. 19-03065 HLB**<br><br>**NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**<br>**Date:**　　July 7, 2022<br>**Time:**　　2:00 p.m.<br>**Place:**　　Telephonic/ Videoconference<br>　　　　　　Courtroom 19<br>　　　　　　450 Golden Gate Avenue, 16th l<br>　　　　　　San Francisco, CA<br>**Judge:**　　Hon. Hannah L. Blumenstiel |

## NOTICE OF MOTION

TO ALL THEHONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey B. Neustadt, the Law Offices of Jeffrey B. Neustadt (the Attorney), counsel of record for Richard Tom, defendant in the above-captioned adversary proceeding, hereby moves for an order authorizing withdrawal of counsel, pursuant to 9013-1, 9013-2, 9013-3, and 9014-1 of the Bankruptcy Local Rules, as well as the Court's June 6, 2022, Order striking the

substitution filed June 2, 2022.  Unless otherwise heard or granted on shortened time, said motion shall proceed on July 7, 2022, at 2:00 p.m., in Courtroom 19 of the above Court, located at 450 Golden Gate Avenue in San Francisco, California.

Said motion will be based on this notice, the accompanying Motion and Declaration of counsel, the Court's file in this matter, any Reply, and such things as may be presented at the hearing.

The Client, Richard Tom, has indicated he would not proceed as previously agreed *in this case only* and will not continue with the Attorney as his counsel *in this case only*.  He ordered the Attorney to cease all work in this case, suddenly voicing strong opposition to the plan previously agreed upon.  A substitution of attorneys was executed by Mr. Tom in two places, as client and as the litigant *pro se* (as his own attorney).  That form was filed electronically on June 2, 2022, and ordered stricken by the Court on June 6, 2022.

Counsel for Mr. Tom, the undersigned, has tried to establish and to rehabilitate the relationship so that the Attorney could carry out representation effectively in this case, but further efforts will not change the status quo relationship such that the Attorney is no longer able to carry out representation effectively in this case.  Mr. Tom, the client, has terminated Jeffrey B. Neustadt as his attorney herein.

Date:   June 7, 2022

   *Jeffrey B. Neustadt /s/*
Jeffrey B. Neustadt
Counsel for Debtor and Defendant
Richard Tom
(Counsel Seeking to Withdraw)

NOT. OF MOTION FOR WITHDRAWAL AS COUNSEL