Jeffrey B Neustadt, SBN 057889
Law Offices of Jeffrey B Neustadt
345 Grove St. 1st floor
San Francisco, CA 94102
Telephone: 415-434-4440 | Fax: 415-962-4221
jbneustadtlaw@gmail.com

Attorney for Defendant Richard Tom
(Seeking Leave to Withdraw)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK NG, LORAINE WONG AND KENDALL NG**, an individual;<br><br>　　　　Plaintiff<br>　　vs.<br><br>**RICHARD TOM**<br><br>　　　　Defendant | Case No. 19-31024 HLB<br><br>Chapter 7<br><br>**A.P. No. 19-03065 HLB**<br><br>**CERTIFCATE OF SERVICE**<br><br>**Date:**　　July 7, 2022<br>**Time:**　　2:00 p.m.<br>**Place:**　　Telephonic/ Videoconference<br>　　　　　　Courtroom 19<br>　　　　　　450 Golden Gate Avenue, 16th l<br>　　　　　　San Francisco, CA<br>**Judge:**　　Hon. Hannah L. Blumenstiel |

# CERTIFICATE OF SERVICE

At the time of service, I was over the age of 18 years and not a party to this action. My business address was 345 Grove St., 1st Fl, San Francisco, CA 94102. On June 7, 2022, I served the following document(s):

**NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**

**NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**DECLARATION OF COUNSEL IN IN SUPPORT OF MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**

**[Proposed] ORDER**

I certify all parties hereto were served on counsel of record, as indicated below, through through electronic service, addressed as follows:

Kathryn S. Diemer (Counsel for Trustee)
Diemer & Wei, LLP
55 S Market Street, Suite 1420
San Jose, CA 95113
(408) 971-6270
kdiemer@diemerwei.com
pjohnson@diemerwei.com

Richard Tom, *Pro Se*
rtom536@yahoo.com

I hereby declare under penalty of perjury and under the laws of the State of California that the above is true and correct.

Dated: June 7, 2022  *Jeffrey B. Neustadt /s/*
Jeffrey B. Neustadt

1