Jeffrey B Neustadt, SBN 057889
Law Offices of Jeffrey B Neustadt
345 Grove St. 1st floor
San Francisco, CA 94102
Telephone: 415-434-4440 | Fax: 415-962-4221
jbneustadtlaw@gmail.com

Attorney for Defendant Richard Tom
(Seeking Leave to Withdraw)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK NG, LORAINE WONG AND KENDALL NG**, an individual;<br><br>Plaintiff<br>vs.<br>**RICHARD TOM**<br><br>Defendant | Case No. 19-31024 HLB<br><br>Chapter 7<br><br>**A.P. No. 19-03065 HLB**<br><br>[Proposed] ORDER AUTHORIZING WITHDRAWAL OF COUNSEL |

The Motion, by Jeffrey B. Neustadt and the Law Offices of Jeffrey B. Neustadt (the Attorney), for an order authorizing withdrawal of counsel, pursuant to 9013-1, 9013-2, 9013-3, and 9014-1 of the Bankruptcy Local Rules, as well as the Court's June 6, 2022, Order striking the substitution filed June 2, 2022, good cause appearing it is hereby ordered as follows:

The motion is hereby **GRANTED**.

Defendant Richard Tom, *pro se* from the date this Order is signed, shall be served electronically at rtom536@yahoo.com and physically at 536 Green St., #2, San Francisco, CA 94133.

ORDER

Withdrawing counsel shall, to the extent not previously provided, relinquish all files to Mr. Tom in their native format immediately.

**IT IS SO ORDERED.**

Date: _____, 2022

_____
Hon. Hannah L. Blumenstiel
Judge, USBC, North. Dist. Of Cal.

ORDER