Jeffrey B Neustadt, SBN 057889
Law Offices of Jeffrey B Neustadt
345 Grove St. 1st floor
San Francisco, CA 94102
Telephone: 415-434-4440 | Fax: 415-962-4221
jbneustadtlaw@gmail.com

Attorney for Defendant Richard Tom
(Seeking Leave to Withdraw)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MARK NG, LORAINE WONG AND KENDALL NG**, an individual;<br><br>Plaintiff<br>vs.<br><br>**RICHARD TOM**<br><br>Defendant | Case No. 19-31024 HLB<br><br>Chapter 7<br><br>**A.P. No. 19-03065 HLB**<br><br>**STIPULATION FOR WITHDRAWAL (OR SUBSTITUTION) OF COUNSEL**<br><br>**Judge:** Hon. Hannah L. Blumenstiel |

Attorney Jeffrey B. Neustadt (including the Law Offices of Jeffrey B. Neustadt) and Defendant Richard Tom hereby AGREE and STIPULATE as follows:

For reasons they cannot disclose publicly, but which do include significant differences of opinion as to how this case should be defended and otherwise handled, Attorney and Defendant wish to terminate and to end immediately Attorney's designation as Defendant's attorney of record in this case. Whether that termination is granted by way of this stipulation, upon a motion, by *ex parte* application, or any other means or combination thereof, Attorney Jeffrey B. Neustadt and

STIP. FOR WITHDRAWAL (OR SUBST.) OF COUNSEL

Defendant Richard Tom jointly request that the Court order and decree that Richard Tom is and shall be until further notice self-represented in this case.

Richard Tom agrees to accept service of all materials, pleadings, and notices in this case electronically:

Richard Tom, Defendant *In Pro Per*

536 Green St., #2, San Francisco, CA 94133, 415-8859080

rtom536@yahoo.com and richtom239@yahoo.com.

As Defendant must file his Opposition to the pending Summary Adjudication motion by June 30, 2022, the designation of Jeffrey B. Neustadt as Defendant's counsel of record in this case is complicating and delaying preparation of that Opposition. The retention and designation of Jeffrey B. Neustadt as counsel for Defendant Richard Tom in this case was not to delay or to prejudice the Court, opposing counsel, or any party hereto; it was done in good faith, but ultimately in error.

Date: June 9, 2022

Debtor and Defendant
Richard Tom

Date: June __, 2022

*Jeffrey B. Neustadt /s/*
Jeffrey B. Neustadt
Counsel for Debtor and Defendant
Richard Tom
(Counsel Seeking to Withdraw)

STIP. FOR WITHDRAWAL (OR SUBST.) OF COUNSEL