```
CHARLIE W. YU (SBN 268233)
ESSENTIAL LAW GROUP
548 Market Street, PMB 48752
San Francisco, CA 94104
Telephone: (415) 349-5180
Facsimile: (415) 349-5181
cyu@essentiallawgroup.com
```

Attorney for Witnesses
Green Oasis, LP, Pacific Golden Asia LLC, Moon Irrevocable Trust, including Kenesha Fudge as Trustee for Moon Irrevocable Trust, and Giovanni Torocca

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 19-31024 |
| RICHARD TOM, | Chapter 7 |
| Debtor. | Adv. Proc. No. 19-3065 |
| MARK NG, KENDALL NG, and LORAINE WONG, | DECLARATION OF CHARLIE W. YU IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
| Plaintiffs, | Date: August 4, 2022
Time: 2:00 pm
Courtroom: 19
Judge: Hon. Hannah L. Blumenstiel |
| v. | |
| RICHARD TOM, | |
| Defendant. | |

**DECLARATION OF CHARLIE W. YU**

1. I, Charlie W. Yu, declare as follows:

2. I am an attorney at Essential Law Group, PC, formerly Law Offices of Charlie W. Yu. The matters stated below are based upon my personal knowledge. If called as a witness, I could and would testify to the matters set forth below.

3. I was retained for the limited purpose of defending the depositions of Green Oasis, LP and some of its partners. The deponents include Green Oasis, LP, Pacific Golden

Asian, LLC, Moon Irrevocable Trust, including Kenesha Fudge as Trustee for Moon Irrevocable Trust, and Giovanni Torocca.

4. I attended the depositions of Green Oasis, LP on February 16, 2022, February 24, 2022, and March 2, 2022.

5. Thereafter, Ms. Kenesha Fudge indicated that Green Oasis, LP no longer needed the services of Charlie W. Yu to defend the depositions of Green Oasis, LP and its partners, including for Green Oasis, LP, Pacific Golden Asian, LLC, Moon Irrevocable Trust, including for herself as Trustee for Moon Irrevocable Trust, and for Giovanni Torocca.

6. Thereafter, I confirmed with Giovanni Torocca that he did not need my services to defend his deposition. I did not defend his deposition and have not participated in any depositions other than the initial depositions of Green Oasis, LP.

7. I have not agreed to defend any more depositions for Green Oasis, LP or its partners.

8. Ms. Kenesha Fudge on behalf of Green Oasis, LP and its partners have stipulated for me to withdraw as counsel. The Stipulation is filed with the motion.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

DATED: June 29, 2022                ESSENTIAL LAW GROUP

                                    /s/Charlie Yu

                                    _____
                                    CHARLIE W. YU
                                    Attorney for Witnesses Green Oasis, LP,
                                    Pacific Golden Asia LLC, Moon Irrevocable
                                    Trust, including Kenesha Fudge as Trustee
                                    for Moon Irrevocable Trust, and Giovanni
                                    Torocca