CHARLIE W. YU (SBN 268233)
ESSENTIAL LAW GROUP
548 Market Street, PMB 48752
San Francisco, CA 94104
Telephone: (415) 349-5180
Facsimile: (415) 349-5181
cyu@essentiallawgroup.com

Attorney for Witnesses
Green Oasis, LP, Pacific Golden Asia LLC, Moon Irrevocable Trust, including Kenesha Fudge as Trustee for Moon Irrevocable Trust, and Giovanni Torocca

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 19-31024 |
| RICHARD TOM, | Chapter 7 |
|     Debtor. | Adv. Proc. No. 19-3065 |
| MARK NG, KENDALL NG, and LORAINE WONG, | [PROPOSED] ORDER AUTHORIZING WITHDRAWAL OF COUNSEL |
|     Plaintiffs, | Date: August 4, 2022<br>Time: 2:00 pm<br>Courtroom: 19<br>Judge: Hon. Hannah L. Blumenstiel |
| v. | |
| RICHARD TOM, | |
|     Defendant. | |

    The motion of Charlie W. Yu and Essential Law Group, PC for an order authorizing withdrawal of counsel for Green Oasis, LP, Pacific Golden Asia LLC, Moon Irrevocable Trust, including Kenesha Fudge as Trustee for Moon Irrevocable Trust, and Giovanni Torocca is GRANTED.

DATED:

                                                   The Hon. Hannah L. Blumenstiel
                                                   U.S. Bankruptcy Judge