CHARLIE W. YU (SBN 268233)
ESSENTIAL LAW GROUP
548 Market Street, PMB 48752
San Francisco, CA 94104
Telephone: (415) 349-5180
Facsimile: (415) 349-5181
cyu@essentiallawgroup.com

Attorney for Witnesses
Green Oasis, LP, Pacific Golden Asia LLC, Moon Irrevocable Trust, including Kenesha Fudge
as Trustee for Moon Irrevocable Trust, and Giovanni Torocca

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 19-31024 |
| RICHARD TOM, | Chapter 7 |
| Debtor. | Adv. Proc. No. 19-3065 |
| | CERTIFICATE OF SERVICE |
| MARK NG, KENDALL NG, and LORAINE WONG, | Date: August 4, 2022 |
| Plaintiffs, | Time: 2:00 pm |
| v. | Courtroom: 19 |
| RICHARD TOM, | Judge: Hon. Hannah L. Blumenstiel |
| Defendant. | |

## **CERTIFICATE OF SERVICE**

I, Charlie W. Yu, an attorney, do hereby certify that on June 29, 2022, I electronically

filed the foregoing MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL;

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; NOTICE OF HEARING

ON MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF COUNSEL;

DECLARATION OF CHARLIE W. YU IN SUPPORT OF MOTION TO WITHDRAW AS

COUNSEL; and [PROPOSED] ORDER AUTHORIZING WITHDRAWAL OF COUNSEL

with the Clerk of the Court using the Court's Electronic Case Filing System, which will send notification of such filings to the parties registered with the Court's CM/ECF system. I also caused the documents to be served through electronic service and via first class mail as follows:

Kathryn S. Diemer
kdiemer@diemerwei.com
pjohnson@diemerwei.com

Richard Tom, Pro Se
rtom536@yahoo.com

Green Oasis, LP
greenoasis532@gmail.com

Pacific Golden Asia LLC
greenoasis532@gmail.com

Kensha Fudge, Trustee of Moon Irrevocable Trust
greenoasis532@gmail.com

Giovanni Torocca
PO Box 71268
San Francisco, CA 94147

DATED: June 29, 2022                    ESSENTIAL LAW GROUP

                                        /s/Charlie Yu

                                        CHARLIE W. YU
                                        Attorney for Witnesses Green Oasis, LP,
                                        Pacific Golden Asia LLC, Moon Irrevocable
                                        Trust, including Kenesha Fudge as Trustee
                                        for Moon Irrevocable Trust, and Giovanni
                                        Torocca

Case: 19-03065    Doc# 125-3    Filed: 06/29/22    Entered: 06/29/22 09:41:58    Page 2 of 2