Kenesha Fudge

103 Benji Ct

Meridianville, AL 35759

Case Name: Ng, Wong, Ng v. Tom

Case Number: 19-3065

June 30, 2022

As requested here is Bonita Miller's Contact Information:

Phone Number:

(844) 452-3829

Email: Info@gladiolustax.com

Address:

912 Winchester Rd Suite 2

Huntsville, AL 35811

Case Name: Ng, Wong, Ng v. Tom
Case Number: 19-3065
June 30, 2022

Honorable Hannah L. Blumenstiel,

This was emailed on Sunday June 26, 2022 at 9:39 pm to Attorney Paul Johnson and all parties attached to the reply email which I thought was also a response to the court. Also, I attached a hospital visit of my current state of health.

I sent an email that I was not available on the following dates of 27, 29, and 30. I am still under doctors' care and have doctors' appointments set up. All of the past depositions had an effect on my health.

Attached are emergency visits giving my current condition.


Thank You,
Kenesha Fudge



# MADISON HOSPITAL

## Emergency Department

8375 Highway 72 West, Madison, AL 35758

(256) 265-2012

## Discharge Instructions (Patient)

---

**Name:** FUDGE, KENESHA J **DOB:** 8/6/1977     **Current Date:** 6/30/2022 00:37:36
America/Chicago

**Address:** 103 BENJI CT
MERIDIANVILLE AL 35759     **Phone:** (256)527-2026     **MRN:** 01391794

**Primary Care Provider:** Williams, MD, Lisabeth A     **Primary Care Provider Phone:** (256) 533-6311     **FIN:** 01391794-0025

**Visit Reason:** Shortness of breath; Chest pain; sob     **Diagnosis:** History of COVID-19; Restrictive lung disease History of COVID-19; Restrictive lung disease     **Visit Date:** 6/29/2022 18:35:18
America/Chicago

### Emergency Department Providers:
**Primary Physician:**
Miller, Amorette L

---

We are pleased to have been able to provide you with emergency care. Please review these instructions when you return home in order to better understand your diagnosis and the necessary further treatment and precautions related to your condition.

### Comment:

FUDGE, KENESHA J has been given the following list of follow-up instructions, prescriptions, and patient education materials:

### Patient Instructions:



# HUNTSVILLE HOSPITAL

## Emergency Department

101 Sivley Road, Huntsville, Alabama 35801

(256) 265-4433

## Discharge Instructions (Patient)

---

**Name:** FUDGE, KENESHA JENINE **DOB:** 8/6/1977 **Current Date:** 5/7/2022 12:51:45
America/Chicago

**Address:** 103 BENJI CT MERIDIANVILLE AL 35759 **Phone:** (256)527-2026 **MRN:** 01391794

**Primary Care Provider:** Williams, MD, Lisabeth A **Primary Care Provider Phone:** (256) 533-6311 **FIN:** 01391794-0023

**Visit Reason:** Shoulder pain; Chest pain; CP/SOB **Diagnosis:** 1.Chest pain of uncertain etiology; 2.Left shoulder strain; 3.Elevated blood pressure reading
1.Chest pain of uncertain etiology; 2.Left shoulder strain; 3.Elevated blood pressure reading **Visit Date:** 5/7/2022 07:24:20
America/Chicago

**Emergency Department Providers:**
**Primary Physician:**
Taub, Kent A

We are pleased to have been able to provide you with emergency care. Please review these instructions when you return home in order to better understand your diagnosis and the necessary further treatment and precautions related to your condition.

**Comment:**

FUDGE, KENESHA JENINE has been given the following list of follow-up instructions, prescriptions, and patient education materials:

Name: FUDGE, KENESHA JENINE
MRN: 01391794

1 of 20

05/7/2022 12:51:50

Case: 19-03065  Doc# 130  Filed: 06/30/22  Entered: 06/30/22 17:49:46  Page 4 of 4