Entered on Docket
September 15, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 15, 2022

_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>RICHARD TOM,<br><br>        Debtor. | Case No. 19-31024 HLB<br><br>Chapter 7 |
| MARK NG, KENDALL NG, and LORAINE WONG,<br><br>        Plaintiffs,<br>v.<br><br>RICHARD TOM,<br><br>        Defendant. | Adv. Proc. No. 19-3065 HLB |

### ORDER CONDITIONALLY VACATING ORDER TO SHOW CAUSE

This proceeding came before the court on September 15, 2022 for a hearing on the court's Order to Show Cause.[1] Appearances were as noted on the record.

For the reasons stated on the record, the court **ORDERS** as follows:

    **1.** The OSC is hereby **VACATED** as to Ms. Kenesha Fudge's deposition in her capacity as Trustee of the Moon Irrevocable

---

[1] Dkt. 145 (the "OSC").

Trust. The court deems Ms. Fudge's deposition in her capacity as Trustee of the Moon Irrevocable Trust concluded.

    **2.** As to Ms. Fudge's production of documents on behalf of the Moon Irrevocable Trust, the court hereby **VACATES** the OSC **subject to** Ms. Fudge's production no later than **September 30, 2022** of all communications between Ms. Fudge and Defendant Richard Tom, as previously ordered in the OSC and in the court's Sixth Order Regarding Discovery Dispute.[2]

    **3.** No later than **October 5, 2022,** Plaintiffs Mark Ng, Kendall Ng, and Loraine Wong shall file and serve a declaration attesting to whether they believe that Ms. Fudge has timely and fully complied with Paragraph 2 of this order. Such declaration shall not exceed 3 pages, absent prior leave of court. This page limit shall not apply to any exhibits that might be attached to this declaration. Plaintiffs shall serve their declaration on Ms. Fudge, Ms. Fudge's attorney (Jonathan Lee), and Defendant Richard Tom by email on the date it is filed and shall file a certificate of service proving timely service of the declaration.

    **4.** Should Ms. Fudge disagree with the attestations in Plaintiffs' declaration, she shall file no later than **October 11, 2022** a declaration explaining why she believes she has complied with this order. Ms. Fudge's declaration shall not exceed 3 pages, absent prior leave of court. This page limit shall not apply to any exhibits that might be attached to Ms. Fudge's declaration.

---

[2] Dkt. 103.

**5.** Should Ms. Fudge fail to timely respond to Plaintiffs' declaration, the court will deem Ms. Fudge in agreement with the allegations in Plaintiffs' declaration and will enter an order finding Ms. Fudge in contempt and imposing sanctions of **$500.00 per day** for each day Ms. Fudge remains in contempt of this order and the court's prior orders.

**6.** After receiving and reviewing the declaration(s) required by this order, the court will issue a further order. If the court concludes that Ms. Fudge has not timely or fully complied with this order, the court will enter an order finding Ms. Fudge in contempt and imposing sanctions on Ms. Fudge in the amount of $500.00 for each day Ms. Fudge remains in contempt of this order and the court's prior orders.

**\*\*END OF ORDER\*\***

**<u>Court Service List</u>**

Richard Tom
536 Green Street, #2
San Francisco, CA 94133

Kenesha Fudge
103 Benji Court
Meridianville, AL 35759

Jonathan Lee
2479 Diamond Street
San Francisco, CA 94131