Entered on Docket
November 10, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 10, 2022



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 19-31024 HLB |
| RICHARD TOM, | ) Chapter 7 |
|       Debtor. | ) |
| MARK NG; KENDALL NG; and LORAINE WONG, | ) Adv. Proc. No. 19-3065 HLB |
|       Plaintiffs, | ) |
| v. | ) |
| RICHARD TOM, | ) |
|       Defendant. | ) |

**ORDER STAYING ADVERSARY PROCEEDING**

This proceeding came before the court on November 10, 2022 for a scheduling conference. Appearances were as noted on the record. For the reasons stated on the record, the court **ORDERS** as follows:

**1.** This proceeding is hereby **STAYED FOR ALL PURPOSES** pending trial on the merits of Schoenmann v. Tom, Adv. Proc. No. 21-3056 (Bankr. N.D. Cal.) (the "Schoenmann AVP"); **and**

**2.** Following trial on the merits in the Schoenmann AVP, the court will issue a further order in this proceeding.

**\*\*END OF ORDER\*\***

## Court Service List

[None]